**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PABLO VALLE BRAVO, *Petitioner,* v. J.L. JAMISON, et al., *Respondents.* | CIVIL ACTION NO. 26-8606 |

# ORDER

**AND NOW**, this 17th day of November, 2026, upon consideration of the Petition for a Writ of *Habeas Corpus*, (Dkt. No. 1), the Government's Response, (Dkt. No. 4), and the Petitioner's Reply, (Dkt. No. 5), it is hereby **ORDERED** that the Petition is **DISMISSED WITHOUT PREJUDICE.**[1]

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.

[1] The petitioner is incarcerated in Moshannon Detention Center in Clearfield County, Pennsylvania, *see* (Pet. at 2, Dkt. No. 1), which is in the Middle District of Pennsylvania, bringing into question whether the Court has jurisdiction over the petition at all. *See* 28 U.S.C. § 2241(a) (stating that district courts are limited to granting habeas relief "within their respective jurisdictions"); *Anariba v. Dir. Hudson Cnty. Corr. Ctr.*, 17 F.4th 434, 445 (3d Cir. 2021) (explaining that habeas jurisdiction survives the Government's post- but not pre-filing transfer of the petitioner from a court's jurisdiction).

Either way, the result is the same and the Court dismisses the petition without prejudice given Valle Bravo has a bond hearing scheduled for November 23, 2026, *see* (Notice of Custody Redetermination Hearing at 1, Dkt. No. 4-2), and still has not exhausted his administrative remedies, *see* (Order, *Valle Bravo v. Jamison, et al,* No. 26-7650, Dkt. No. 4).